Matthew G. Berkowitz (SBN 310426)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@sheaman.com

Thomas R. Makin (admitted *Pro Hac Vice*)
David J. Cooperberg (admitted *Pro Hac Vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Email: thomas.makin@shearman.com
       david.cooperberg@shearman.com

L. Kieran Kieckhefer (SBN 251978)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
Email: kieran.kieckhefer@shearman.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RED HAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALTRUS INNOVATIONS, LTD., <br><br> Defendant. | Case No.: 4:22-cv-05289-YGR <br><br> **Hon. Judge Yvonne Gonzalez Rogers** <br><br> **DEFENDANT VALTRUS INNOVATIONS, LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PERSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15** |

Pursuant to Rule 7.1 of the Federal Rules of Civl Procedure and Civ. L.R. 3-15, Defendant, Valtrus Innovations, Ltd. ("Valtrus"), by and through its counsel, certifies as follows:

Pursuant to Federal Rule of Civil Procedure 7.1, Valtrus is a nongovernmental corporate party in the above captioned action. Valtrus is a wholly-owned subsidiary of Key Patent Innovations Limited.

Pursuant to Civ. L.R. 3-15, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

        Key Patent Innovations Limited

        Valinvest LLC

DATED: December 7, 2022        */s/ Matthew G. Berkowitz*

        Matthew G. Berkowitz (SBN 310426)
        SHEARMAN & STERLING LLP
        1460 El Camino Real, 2nd Floor
        Menlo Park, CA 94025
        Telephone: 650.838.3600
        Fax: 650.838.3699
        Email: matthew.berkowitz@sheaman.com

        Thomas R. Makin (admitted *Pro Hac Vice*)
        David J. Cooperberg (admitted *Pro Hac Vice*)
        SHEARMAN & STERLING LLP
        599 Lexington Avenue
        New York, NY 10022
        Telephone: 212.848.4000
        Email: thomas.makin@shearman.com
            david.cooperberg@shearman.com

        L. Kieran Kieckhefer (SBN 251978)
        SHEARMAN & STERLING LLP
        535 Mission Street, 25th Floor
        San Francisco, CA 94105

Telephone: 415.616.1100
Fax: 415.616.1339
Email: kieran.kieckhefer@shearman.com

*Attorneys for Defendant*