Matthew G. Berkowitz (SBN 310426)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@sheaman.com

Thomas R. Makin (admitted *Pro Hac Vice*)
David J. Cooperberg (admitted *Pro Hac Vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Email: thomas.makin@shearman.com
　　　　david.cooperberg@shearman.com

L. Kieran Kieckhefer (SBN 251978)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
Email: kieran.kieckhefer@shearman.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RED HAT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALTRUS INNOVATIONS, LTD.,<br><br>　　　　Defendant. | Case No.: 4:22-cv-05289-YGR<br><br>**Hon. Judge Yvonne Gonzalez Rogers**<br><br>**DECLARATION OF MATTHEW BERKOWITZ IN SUPPORT OF VALTRUS INNOVATION, LTD.'S MOTION TO DISMISS UNDER RULES 12(B)(2) AND 12(B)(6)**<br><br>Date:　　　January 17, 2023<br>Time:　　　2:00 p.m.<br>Location: Courtroom 1 – FOURTH FLOOR |

- 1 -

BERKOWITZ DECLARATION IN SUPPORT OF VALTRUS'S MOTION　　CASE NO.: 4:22-cv-05289-YGR
TO DISMISS COMPLAINT UNDER RULES 12(B)(2) AND 12(B)(6)

I, Matthew G. Berkowitz, declare as follows,

1. I am a partner at the law firm of Shearman & Sterling LLP, counsel for Defendant Valtrus Innovations, Ltd. ("Valtrus"). I am a member in good standing of the Bar of the State of California.

2. I make this declaration based upon my personal knowledge and my investigation of the facts below. If called as a witness, I could and would testify competently to the matters set forth herein. I submit this declaration in support of Valtrus's Motion to Dismiss pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure in the above-captioned action.

3. According to a patent assignment record maintained by the United States Patent and Trademark Office ("USPTO") and made available to the public on its Patent Center website at http://legacy-assignments.uspto.gov/assignments/assignment-pat-055360-0424.pdf , a true and correct copy of which is attached hereto as Exhibit 1 (*see* Frames 0424, 0427–0429, and 0432), U.S. Patent Nos. 8,230,204 ("the '204 Patent"), 7,620,984 ("the '984 Patent"), and 7,533,109 ("the '109 Patent") were conveyed to Valtrus jointly by Hewlett Packard Enterprise Development LP ("HPED"), a Texas entity with principal place of business in Houston, Texas, and Hewlett Packard Enterprise Company ("HPE"), a Delaware Corporation with principal place of business in San Jose, California at the time of assignment.

4. According to patent assignment records maintained by the USPTO and made available to the public on its Patent Center website at http://legacy-assignments.uspto.gov/assignments/assignment-pat-058897-0262.pdf and http://legacy-assignments.uspto.gov/assignments/assignment-pat-055269-0001.pdf , true and correct copies of which are attached hereto as Exhibits  2 (*see* Frames 0001, 0018, and 0042) and 3 (*see* Frames 0262, 0263, and 0269), respectively, U. .S. Patent No. 7,383,471 ("the '471 Patent") was conveyed to Valtrus indirectly by these same entities via OT Patent Escrow, LLC, a Delaware entity with principal place of business in Chicago, Illinois.

5. Attached hereto as Exhibit 4 is a true and correct copy of an article posted by Hewlett Packard Enterprise, downloaded on November 14 from the following URL:

1

BERKOWITZ DECLARATION IN SUPPORT OF VALTRUS'S MOTION   CASE NO.: 4:22-cv-05289-YGR
TO DISMISS COMPLAINT UNDER RULES 12(B)(2) AND 12(B)(6)

https://www.hpe.com/us/en/newsroom/blog-post/2022/04/hpe-celebrates-grand-opening-of-houston-headquarters.html.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of December, 2023, in Menlo Park, California.

                                */s/ Matthew G. Berkowitz*  
                                Matthew G. Berkowitz