Exhibit 3

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT7031697

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| OT PATENT ESCROW, LLC | 11/02/2021 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | VALTRUS INNOVATIONS LIMITED |
| Street Address: | THE GLASS HOUSES |
| Internal Address: | 92 GEORGES STREET LOWER, DUN LAOGHAIRE |
| City: | DUBLIN |
| State/Country: | IRELAND |
| Postal Code: | A96 VR66 |

**PROPERTY NUMBERS Total: 182**

| Property Type | Number |
|---|---|
| Patent Number: | 6763001 |
| Patent Number: | 6765922 |
| Patent Number: | 6775243 |
| Patent Number: | 6781858 |
| Patent Number: | 6871264 |
| Patent Number: | 6871300 |
| Patent Number: | 6882656 |
| Patent Number: | 6886109 |
| Patent Number: | 6889295 |
| Patent Number: | 6891863 |
| Patent Number: | 6898210 |
| Patent Number: | 6910057 |
| Patent Number: | 6954785 |
| Patent Number: | 7003591 |
| Patent Number: | 7028167 |
| Patent Number: | 7057509 |
| Patent Number: | 7069434 |
| Patent Number: | 7081684 |
| Patent Number: | 7092258 |

| Property Type | Number |
|---|---|
| Patent Number: | 7096204 |
| Patent Number: | 7099866 |
| Patent Number: | 7111084 |
| Patent Number: | 7123172 |
| Patent Number: | 7133446 |
| Patent Number: | 7143316 |
| Patent Number: | 7143389 |
| Patent Number: | 7155622 |
| Patent Number: | 7167987 |
| Patent Number: | 7194534 |
| Patent Number: | 7228472 |
| Patent Number: | 7240186 |
| Patent Number: | 7240324 |
| Patent Number: | 7323920 |
| Patent Number: | 7325170 |
| Patent Number: | 7339490 |
| Patent Number: | 7373565 |
| Patent Number: | 7383471 |
| Patent Number: | 7447971 |
| Patent Number: | 7454514 |
| Patent Number: | 7466668 |
| Patent Number: | 7474793 |
| Patent Number: | 7487255 |
| Patent Number: | 7500056 |
| Patent Number: | 7502888 |
| Patent Number: | 7515428 |
| Patent Number: | 7518418 |
| Patent Number: | 7519996 |
| Patent Number: | 7521972 |
| Patent Number: | 7523455 |
| Patent Number: | 7533285 |
| Patent Number: | 7539931 |
| Patent Number: | 7551039 |
| Patent Number: | 7552238 |
| Patent Number: | 7567097 |
| Patent Number: | 7570591 |
| Patent Number: | 7577945 |
| Patent Number: | 7580814 |

| Property Type | Number |
|---|---|
| Patent Number: | 7594223 |
| Patent Number: | 7600023 |
| Patent Number: | 7610468 |
| Patent Number: | 7624009 |
| Patent Number: | 7624319 |
| Patent Number: | 7634773 |
| Patent Number: | 7636643 |
| Patent Number: | 7643434 |
| Patent Number: | 7644204 |
| Patent Number: | 7657776 |
| Patent Number: | 7660937 |
| Patent Number: | 7671634 |
| Patent Number: | 7672923 |
| Patent Number: | 7672929 |
| Patent Number: | 7673305 |
| Patent Number: | 7698545 |
| Patent Number: | 7702726 |
| Patent Number: | 7710862 |
| Patent Number: | 7711914 |
| Patent Number: | 7721133 |
| Patent Number: | 7729368 |
| Patent Number: | 7730365 |
| Patent Number: | 7738681 |
| Patent Number: | 7739485 |
| Patent Number: | 7739536 |
| Patent Number: | 7743244 |
| Patent Number: | 7743380 |
| Patent Number: | 7743383 |
| Patent Number: | 7752016 |
| Patent Number: | 7752623 |
| Patent Number: | 7765242 |
| Patent Number: | 7765528 |
| Patent Number: | 7765550 |
| Patent Number: | 7774652 |
| Patent Number: | 7783823 |
| Patent Number: | 7788477 |
| Patent Number: | 7797530 |
| Patent Number: | 7809991 |

| Property Type | Number |
|---|---|
| Patent Number: | 7814467 |
| Patent Number: | 7816975 |
| Patent Number: | 7827266 |
| Patent Number: | 7831731 |
| Patent Number: | 7853934 |
| Patent Number: | 7855957 |
| Patent Number: | 7861042 |
| Patent Number: | 7872965 |
| Patent Number: | 7876689 |
| Patent Number: | 7877740 |
| Patent Number: | 7890999 |
| Patent Number: | 7895409 |
| Patent Number: | 7895581 |
| Patent Number: | 7903556 |
| Patent Number: | 7929919 |
| Patent Number: | 7941804 |
| Patent Number: | 7941812 |
| Patent Number: | 7953996 |
| Patent Number: | 7954086 |
| Patent Number: | 7970143 |
| Patent Number: | 7971193 |
| Patent Number: | 7996825 |
| Patent Number: | 8000322 |
| Patent Number: | 8085888 |
| Patent Number: | 8346740 |
| Patent Number: | 8352957 |
| Patent Number: | 8353489 |
| Patent Number: | 8356141 |
| Patent Number: | 8356198 |
| Patent Number: | 8391432 |
| Patent Number: | 8392736 |
| Patent Number: | 8392928 |
| Patent Number: | 8401925 |
| Patent Number: | 8402463 |
| Patent Number: | 8416766 |
| Patent Number: | 8443171 |
| Patent Number: | 8452717 |
| Patent Number: | 8463940 |

| Property Type | Number |
|---|---|
| Patent Number: | 8478900 |
| Patent Number: | 8504943 |
| Patent Number: | 8505019 |
| Patent Number: | 8510450 |
| Patent Number: | 8516218 |
| Patent Number: | 8521652 |
| Patent Number: | 8522042 |
| Patent Number: | 8527988 |
| Patent Number: | 8578023 |
| Patent Number: | 8584138 |
| Patent Number: | 8595612 |
| Patent Number: | 8607245 |
| Patent Number: | 8621470 |
| Patent Number: | 8650296 |
| Patent Number: | 8650579 |
| Patent Number: | 8688838 |
| Patent Number: | 8688890 |
| Patent Number: | 8692683 |
| Patent Number: | 8694974 |
| Patent Number: | 8713139 |
| Patent Number: | 8713183 |
| Patent Number: | 8719478 |
| Patent Number: | 8725781 |
| Patent Number: | 8738346 |
| Patent Number: | 8739143 |
| Patent Number: | 8739162 |
| Patent Number: | 8739288 |
| Patent Number: | 8768978 |
| Patent Number: | 8782779 |
| Patent Number: | 8799466 |
| Patent Number: | 8799591 |
| Patent Number: | 8924590 |
| Patent Number: | 8930400 |
| Patent Number: | 8949211 |
| Patent Number: | 8949404 |
| Patent Number: | 8966210 |
| Patent Number: | 8966474 |
| Patent Number: | 8977651 |

| Property Type | Number |
|---|---|
| Patent Number: | 8990547 |
| Patent Number: | 8997102 |
| Patent Number: | 9015454 |
| Patent Number: | 9038051 |
| Patent Number: | 9049034 |
| Patent Number: | 9081627 |
| Patent Number: | 9298668 |
| Patent Number: | 9367197 |
| Patent Number: | 9389921 |
| Patent Number: | 9425902 |
| Patent Number: | 10198709 |

**CORRESPONDENCE DATA**

**Fax Number:**          (908)320-4441

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:**               9087381770
**Email:**               pto@bciplaw.com
**Correspondent Name:**  BOTOS CHURCHILL IP LAW LLP
**Address Line 1:**      430 MOUNTAIN AVENUE, SUITE 401
**Address Line 4:**      NEW PROVIDENCE, NEW JERSEY 07974

| ATTORNEY DOCKET NUMBER: | KEYPAT 9.0-001 |
|---|---|
| NAME OF SUBMITTER: | ELIZABETH A. GAGLIANO |
| SIGNATURE: | /Elizabeth A. Gagliano/ |
| DATE SIGNED: | 11/18/2021 |

**Total Attachments: 27**
source=Tranche 5 assignment - fully executed#page1.tif
source=Tranche 5 assignment - fully executed#page2.tif
source=Tranche 5 assignment - fully executed#page3.tif
source=Tranche 5 assignment - fully executed#page4.tif
source=Tranche 5 assignment - fully executed#page5.tif
source=Tranche 5 assignment - fully executed#page6.tif
source=Tranche 5 assignment - fully executed#page7.tif
source=Tranche 5 assignment - fully executed#page8.tif
source=Tranche 5 assignment - fully executed#page9.tif
source=Tranche 5 assignment - fully executed#page10.tif
source=Tranche 5 assignment - fully executed#page11.tif
source=Tranche 5 assignment - fully executed#page12.tif
source=Tranche 5 assignment - fully executed#page13.tif
source=Tranche 5 assignment - fully executed#page14.tif
source=Tranche 5 assignment - fully executed#page15.tif
source=Tranche 5 assignment - fully executed#page16.tif

source=Tranche 5 assignment - fully executed#page17.tif
source=Tranche 5 assignment - fully executed#page18.tif
source=Tranche 5 assignment - fully executed#page19.tif
source=Tranche 5 assignment - fully executed#page20.tif
source=Tranche 5 assignment - fully executed#page21.tif
source=Tranche 5 assignment - fully executed#page22.tif
source=Tranche 5 assignment - fully executed#page23.tif
source=Tranche 5 assignment - fully executed#page24.tif
source=Tranche 5 assignment - fully executed#page25.tif
source=Tranche 5 assignment - fully executed#page26.tif
source=Tranche 5 assignment - fully executed#page27.tif

## Assignment of Patent Rights

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, OT Patent Escrow, LLC (*"Assignor"*), hereby grants and assigns to Valtrus Innovations Limited (*"Assignee"*) all of Assignor's right, title and interest in and to the United States Letters Patents identified in the attached Exhibit A-2 (collectively, *"Assigned Patents"*), to have and to hold the same, for Assignee's own use and enjoyment and for the use and enjoyment of its successors and assigns, and the right to sue for damages for infringement of such Assigned Patents accruing at any time prior to, on, and/or after the date hereof, for the full term or terms of all such Assigned Patents, subject to all rights granted under the Assigned Patents to any and all parties (including Assignor) prior to or concurrent with November 2, 2021.

**IN WITNESS WHEREOF,** the Assignor executed this Assignment of Patent Rights by their duly authorized representatives as of the Effective Date as set forth below:

**OT Patent Escrow, LLC**

By: _____

Name: Joel E. Lutzker

Title: General Counsel

Date: November 2, 2021

**Valtrus Innovations Limited**

By: _____

Name: ANGELA QUINLAN

Title: DIRECTOR

Date: 4/11/2021

Exhibit A-2

Tranche 5:

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 81986348 | F16007858 | US | US7240324 | Granted | | 28-Feb-2001 | N/A | N/A | EVENT-BASED SCHEDULING METHOD AND SYSTEM FOR WORKFLOW ACTIVITIES |
| 81989396 | F16010812 | US | US7831731 | Granted | | 12-Jun-2001 | 9-May-2022 | 7,706.00 | METHOD AND SYSTEM FOR A MODULAR TRANSMISSION CONTROL PROTOCOL (TCP) RARE-HANDOFF DESIGN IN A STREAMS BASED TRANSMISSION CONTROL PROTOCOL/INTERNET PROTOCOL (TCP/IP) IMPLEMENTATION |
| 82079603 | F100110346 | US | US6910057 | Granted | | 17-Oct-2001 | N/A | N/A | TRUTH TABLE CANDIDATE REDUCTION FOR CELLULAR AUTOMATA BASED RANDOM NUMBER GENERATORS |
| 81997846 | F16012172 | US | US7099866 | Granted | | 16-Nov-2001 | N/A | N/A | METHOD OF GENERATING AND PRESENTING KERNEL DATA |
| 81998501 | F10015055 | US | US7466668 | Granted | | 24-Aug-2001 | N/A | N/A | REDUCED PIN-COUNT SYSTEM INTERFACE FOR GIGABIT ETHERNET PHYSICAL LAYER DEVICES |
| 82723764 | F10015055 | FR | FR1393100 | Granted | | 13-Aug-2002 | 13-Aug-2021 | 1,036.41 | REDUCED PIN-COUNT SYSTEM INTERFACE FOR GIGABIT ETHERNET PHYSICAL LAYER DEVICES |

1

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82723766 | F10015055 | DE | DE60240383.9 | Granted | | 13-Aug-2002 | 13-Aug-2021 | 2,504.74 | REDUCED PIN-COUNT SYSTEM INTERFACE FOR GIGABIT ETHERNET PHYSICAL LAYER DEVICES |
| 82723768 | F10015055 | GB | GB1303100 | Granted | | 13-Aug-2002 | 13-Aug-2021 | 896.07 | REDUCED PIN-COUNT SYSTEM INTERFACE FOR GIGABIT ETHERNET PHYSICAL LAYER DEVICES |
| 82000952 | F10016691 | US | US7028167 | Granted | | 4-Mar-2002 | N/A | N/A | CORE PARALLEL EXECUTION WITH DIFFERENT OPTIMIZATION CHARACTERISTICS TO DECREASE DYNAMIC EXECUTION PATH |
| 82000964 | F10016693 | US | US6871264 | Granted | | 6-Mar-2002 | N/A | N/A | SYSTEM AND METHOD FOR DYNAMIC PROCESSOR CORE AND CACHE PARTITIONING ON LARGE-SCALE MULTITHREADED, MULTIPROCESSOR INTEGRATED CIRCUITS |
| 82003742 | F10018138 | US | US7523455 | Granted | | 3-May-2002 | 21-Oct-2020 | 7,406.00 | METHOD AND SYSTEM FOR APPLICATION MANAGED CONTEXT SWITCHING |
| 82003964 | F10018228 | US | US6781858 | Granted | | 29-Aug-2003 | N/A | N/A | CUBIC MEMORY ARRAY |
| 82087979 | F100202161 | US | US6889295 | Granted | | 5-Mar-2002 | N/A | N/A | RE-ORDERING REQUESTS FOR SHARED RESOURCES |

PATENT
REEL: 058897 FRAME: 0271

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82089101 | F100202822 | US | US8463940 | Granted | | 31-Jan-2003 | 11-Dec-2020 | 3,606.00 | METHOD OF INDICATING A PATH IN A COMPUTER NETWORK |
| 82090349 | F100203592 | US | US7325170 | Granted | | 19-Mar-2004 | N/A | N/A | METHOD AND SYSTEM FOR PROVIDING INFORMATION FOR REMOTE DEVICE SUPPORT |
| 82058708 | F10992668 | US | US7069434 | Granted | | 13-Jun-2000 | N/A | N/A | SECURE DATA TRANSFER METHOD AND SYSTEM |
| 82098827 | F200208006 | US | US7003591 | Granted | | 20-Aug-2003 | N/A | N/A | CONFIGURABLE MAPPING OF DEVICES TO BUS FUNCTIONS |
| 82100006 | F200208555 | US | US7081684 | Granted | | 6-Oct-2003 | N/A | N/A | CONVERTING HEAT GENERATED BY A COMPONENT TO ELECTRICAL ENERGY |
| 82100675 | F200208766 | US | US7533285 | Granted | | 22-Apr-2004 | 12-Nov-2020 | 7,406.00 | SYNCHRONIZING LINK DELAY MEASUREMENT OVER SERIAL LINKS |
| 82106108 | F200300376 | US | US7890999 | Granted | | 7-Aug-2003 | 15-Aug-2022 | 7,406.00 | RPC PORT MAPPER INTEGRITY CHECKER TO IMPROVE SECURITY OF A PROVISIONABLE NETWORK |
| 82110842 | F200301296 | US | US6765922 | Granted | | 27-Sep-2000 | N/A | N/A | SPECULATIVE TRANSMIT FOR SYSTEM AREA NETWORK LATENCY REDUCTION |

PATENT
REEL: 058897 FRAME: 0272

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82110845 | F200301290 | US | US6882656 | Expired | | 13-Apr-2004 | N/A | N/A | SPECULATIVE TRANSMIT FOR SYSTEM AREA NETWORK LATENCY REDUCTION |
| 82118663 | F200302043 | US | US7240186 | Granted | | 16-Jul-2001 | N/A | N/A | SYSTEM AND METHOD TO AVOID RESOURCE CONTENTION IN THE PRESENCE OF EXCEPTIONS |
| 83119764 | F200302153 | US | US7167987 | Granted | | 29-Aug-2001 | N/A | N/A | USE OF BIOMETRICS TO PROVIDE PHYSICAL AND LOGIC ACCESS TO COMPUTER DEVICES |
| 82120697 | F200302391 | US | US7111084 | Granted | | 28-Dec-2001 | N/A | N/A | DATA STORAGE NETWORK WITH HOST TRANSPARENT FAILOVER CONTROLLED BY HOST BUS ADAPTER |
| 82121852 | F200302581 | US | US7739485 | Granted | | 11-Oct-2002 | 15-Dec-2021 | 7,706.00 | CACHED FIELD REPLACEABLE UNIT EEPROM DATA |
| 82121996 | F200302618 | US | US7092258 | Granted | | 15-Sep-2003 | N/A | N/A | CABLE MANAGEMENT SYSTEM AND METHOD OF INSTALLATION AND OPERATION THEREOF |
| 82133435 | F200304361 | US | US6886109 | Granted | | 18-May-2001 | N/A | N/A | METHOD AND APPARATUS FOR EXPEDITING SYSTEM INITIALIZATION |
| 82169255 | F200309194 | US | US7580814 | Granted | | 23-Mar-2004 | 25-Feb-2021 | 7,706.00 | SEQUENCE SIMULATOR |

4

| Patent ID Tranche S | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82169261 | F200309196 | US | US7570591 | Granted | | 3-Aug-2004 | 4-Feb-2021 | 7,706.00 | METHOD AND APPARATUS FOR NEGOTIATING LINK SPEED AND CONFIGURATION |
| 82171562 | F200310064 | US | US7519996 | Granted | | 25-Aug-2003 | N/A | N/A | SECURITY INTRUSION MITIGATION SYSTEM AND METHOD |
| 82171565 | F200310064 | GB | GB2405563 | Granted | | 13-Aug-2004 | 13-Aug-2021 | 764.74 | A SECURITY INTRUSION MITIGATION SYSTEM AND METHOD |
| 82173791 | F200310966 | US | US7954086 | Granted | | 19-May-2003 | 30-Nov-2022 | 7,406.00 | SELF-DESCRIBING KERNEL MODULES |
| 82175876 | F200311794 | US | US8000322 | Granted | | 14-Mar-2005 | 16-Feb-2023 | 7,706.00 | CROSSBAR SWITCH DEBUGGING |
| 82175879 | F200311794 | CN | CN200510088233.2 | Granted | | 29-Jul-2005 | 29-Jul-2021 | 1,367.42 | CROSSBAR SWITCH DEBUGGING |
| 82176536 | F200312054 | US | US7447971 | Granted | | 14-May-2004 | N/A | N/A | DATA RECOVERY SYSTEMS AND METHODS |
| 82176917 | F200312197 | US | US7765559 | Granted | | 26-May-2005 | 27-Jan-2022 | 7,406.00 | SYSTEM FOR CONTROLLING CONTEXT SWITCH OF DEFERRED REQUESTS USING COUNTER AND FLAG SETTING OF THREAD ACCESSING SHARED RESOURCE OR ENTERING CODE REGION |
| 82176923 | F200312200 | US | US7577945 | Granted | | 26-May-2005 | 18-Feb-2021 | 7,406.00 | MEMORY MAPPED LAZY SIGNAL BLOCKING |

8

| Patent ID Tranche s | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82178690 | F200313003 | US | US7996825 | Granted | | 31-Oct-2003 | 9-Feb-2023 | 7,706.00 | CROSS-FILE INLINING BY USING SUMMARIES AND GOLBAL WORKLIST |
| 82178723 | F200313024 | US | US7814467 | Granted | | 15-Jan-2004 | 12-Apr-2022 | 7,406.00 | PROGRAM OPTIMIZATION USING OBJECT FILE SUMMARY INFORMATION |
| 82180442 | F200313758 | US | US7739536 | Granted | | 25-Feb-2005 | 15-Dec-2021 | 7,706.00 | INTELLIGENT FREQUENCY AND VOLTAGE MARGINING |
| 82180508 | F200313774 | US | US7454514 | Granted | | 12-Jan-2004 | N/A | N/A | PROCESSING DATA WITH UNCERTAIN ARRIVAL TIME |
| 82180757 | F200313907 | US | US7487255 | Granted | | 14-Aug-2003 | 3-Aug-2020 | 7,406.00 | ROUTING CACHE MANAGEMENT WITH ROUTE FRAGMENTATIO N |
| 82180943 | F200313973 | US | US7600023 | Granted | | 5-Nov-2004 | 6-Apr-2021 | 7,706.00 | SYSTEMS AND METHODS OF BALANCING CROSSBAR BANDWIDTH |
| 82181105 | F200314048 | US | US7672929 | Granted | | 22-Dec-2004 | 2-Sep-2021 | 7,706.00 | DATABASE MODIFICATION HISTORY |
| 82181606 | F200314251 | US | US7809991 | Granted | | 11-Jan-2005 | 5-Apr-2022 | 7,706.00 | SYSTEM AND METHOD TO QUALIFY DATA CAPTURE |
| 82181612 | F200314251 | US | US7228472 | Granted | | 11-Jan-2005 | N/A | N/A | SYSTEM AND METHOD TO CONTROL DATA CAPTURE |
| 82182284 | F200314251 | US | US7752016 | Granted | | 11-Jan-2005 | 5-Jan-2022 | 7,706.00 | SYSTEM AND METHOD FOR DATA ANALYSIS |

PATENT
REEL: 058897 FRAME: 0275

| Patent ID Tranche S | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82182992 | F200314776 | US | US7474793 | Granted | | 2-Sep-2004 | 6-Jul-2020 | 7,406.00 | METHODS FOR COMPRESSION USING A DENOISER |
| 82182998 | F200314778 | US | US7624009 | Granted | | 2-Sep-2004 | 24-May-2021 | 7,406.00 | METHOD AND SYSTEM FOR PRODUCING VARIABLE LENGTH CONTEXT MODELS |
| 82184231 | F200315313 | US | US7624319 | Granted | | 23-Dec-2004 | 24-May-2021 | 7,706.00 | PERFORMANCE MONITORING SYSTEM |
| 82186253 | F200316232 | US | US7876689 | Granted | | 29-Jun-2005 | 25-Jul-2022 | 7,406.00 | METHOD AND APPARATUS FOR LOAD BALANCING NETWORK INTERFACE ADAPTERS BASED ON NETWORK INFORMATION |
| 82186562 | F200316383 | US | US7552238 | Granted | | 30-Sep-2004 | 23-Dec-2020 | 7,406.00 | METHOD AND APPARATUS FOR MAINTAINING NETWORK DEVICE CONFIGURATIONS |
| 82187447 | F200400179 | US | US7143389 | Granted | | 28-Jul-2004 | N/A | N/A | SYSTEMS AND METHODS FOR GENERATING NODE LEVEL BYPASS CAPACITOR MODELS |
| 82187564 | F200400224 | US | US7743383 | Granted | | 1-Nov-2004 | 22-Dec-2021 | 7,406.00 | ADAPTIVE COOPERATIVE SCHEDULING |
| 82189400 | F200401067 | US | US7752621 | Granted | | 16-Sep-2004 | 6-Jan-2022 | 7,406.00 | SYSTEM AND METHOD FOR ALLOCATING RESOURCES BY EXAMINING A SYSTEM CHARACTERISTIC |

**PATENT**
REEL: 058897 FRAME: 0276

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82189718 | F200401204 | US | US7339490 | Granted | | 29-Jun-2004 | N/A | N/A | MODULAR SENSOR ASSEMBLY |
| 82189787 | F200401266 | US | US7643434 | Granted | | 30-Sep-2004 | 5-Jul-2021 | 7,706.00 | METHOD AND SYSTEM FOR MANAGING NETWORK NODES WHICH COMMUNICATE VIA CONNECTIVITY SERVICES OF A SERVICE PROVIDER |
| 82190012 | F200401406 | US | US7057509 | Granted | | 29-Jun-2004 | N/A | N/A | MONITORING AN OBJECT WITH IDENTIFICATION DATA AND TRACKING DATA |
| 82190207 | F200401511 | US | US8443171 | Granted | | 30-Jul-2004 | 14-Nov-2020 | 3,606.00 | RUN-TIME UPDATING OF PREDICTION HINT INSTRUCTIONS |
| 82190210 | F200401511 | CN | CN2005100881594 | Granted | | 29-Jul-2005 | 29-Jul-2021 | 1,367.42 | RUN-TIME UPDATING OF PREDICTION HINT INSTRUCTIONS |
| 82190213 | F200401511 | GB | GB2416885 | Granted | | 12-Jul-2005 | 12-Jul-2021 | 691.79 | RUN-TIME UPDATING OF PREDICTION HINT INSTRUCTIONS |
| 82191920 | F200402296 | US | US8977651 | Granted | | 14-Apr-2004 | 10-Sep-2022 | 3,606.00 | METHOD AND APPARATUS FOR MULTI-PROCESS ACCESS TO A LINKED-LIST |
| 82193288 | F200402795 | US | US7660937 | Granted | | 28-Jun-2006 | 9-Aug-2021 | 7,706.00 | EMULATING A USB HOST CONTROLLER |
| 82196321 | F200403866 | US | US7383471 | Granted | | 28-Dec-2004 | N/A | N/A | DIAGNOSTIC MEMORY DUMPING |

8

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82197110 | F200404278 | US | US7500056 | Granted | | 21-Jul-2004 | 3-Sep-2020 | 7,406.00 | SYSTEM AND METHOD TO FACILITATE RESET IN A COMPUTER SYSTEM |
| 82197320 | F200404388 | US | US8930400 | Granted | | 22-Nov-2004 | 6-Jul-2022 | 3,766.00 | A SYSTEM AND METHOD FOR DISCOVERING KNOWLEDGE COMMUNITIES |
| 82197740 | F200404591 | US | US7743380 | Granted | | 21-Jan-2005 | 22-Dec-2021 | 7,406.00 | MONITORING CLUSTERED SOFTWARE APPLICATIONS |
| 82198079 | F200404777 | US | US7539931 | Granted | | 8-Apr-2005 | 26-Nov-2020 | 7,406.00 | STORAGE ELEMENT FOR MITIGATING SOFT ERRORS IN LOGIC |
| 82199306 | F200405310 | US | US7877740 | Granted | | 13-Jun-2005 | 25-Jul-2022 | 7,406.00 | HANDLING CAUGHT EXCEPTIONS |
| 82199318 | F200405319 | US | US7634773 | Granted | | 24-Nov-2004 | 15-Jun-2021 | 7,406.00 | METHOD AND APPARATUS FOR THREAD SCHEDULING ON MULTIPLE PROCESSORS |
| 82201661 | F200406544 | US | US8799466 | Granted | | 31-Jan-2005 | 5-Feb-2022 | 3,606.00 | METHOD AND APPARATUS FOR AUTOMATIC VERIFICATION OF A NETWORK ACCESS CONTROL CONSTRUCT FOR A NETWORK SWITCH |
| 82203017 | F200407176 | US | US7853934 | Granted | | 23-Jun-2005 | 14-Jun-2022 | 7,406.00 | HOT-SWAPPING A DYNAMIC CODE GENERATOR |

PATENT
REEL: 058897 FRAME: 0278

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82203827 | F200407611 | US | US7123172 | Granted | | 29-Jul-2005 | N/A | N/A | METHOD AND SYSTEM FOR DETERMINING AN OPTIMAL OR NEAR OPTIMAL SET OF CONTEXTS BY CONSTRUCTING A MULTI-DIRECTIONAL CONTEXT TREE |
| 82203830 | F200407611 | US | US8085888 | Granted | | 13-Oct-2006 | 27-Jun-2023 | 7,706.00 | METHOD AND SYSTEM FOR DETERMINING AN OPTIMAL OR NEAR OPTIMAL SET OF CONTEXTS BY CONSTRUCTING A MULTI-DIRECTIONAL CONTEXT TREE |
| 82204691 | F200407938 | US | US8997102 | Granted | | 3-Jun-2005 | 30-Sep-2022 | 3,606.00 | PRIORITIZATION OF PROCESSES FOR DEACTIVATING PROCESSES TO REDUCE MEMORY PRESSURE CONDITION |
| 82204928 | F200408027 | US | US7941804 | Granted | | 31-Oct-2005 | 10-Nov-2022 | 7,406.00 | ALLOCATING RESOURCES AMONG TIERED PARTITIONS OF DIFFERENT TYPES |
| 82206494 | F200500286 | US | US7673305 | Granted | | 23-Oct-2006 | 2-Sep-2021 | 7,406.00 | SYSTEM AND METHOD OF EXPEDITING CERTAIN JOBS IN A COMPUTER PROCESSING SYSTEM |
| 82206599 | F200500344 | US | US7373565 | Granted | | 23-Aug-2005 | N/A | N/A | START/STOP CIRCUIT FOR PERFORMANCE COUNTER |

PATENT
REEL: 058897 FRAME: 0279

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82206002 | F200500344 | GB | GB2429552 | Granted | | 2-Aug-2006 | 2-Aug-2021 | 618.83 | START/STOP CIRCUIT FOR PERFORMANCE COUNTER |
| 82206632 | F200500349 | US | US7711914 | Granted | | 28-Jun-2005 | 4-Nov-2021 | 7,406.00 | DEBUGGING USING VIRTUAL WATCHPOINTS |
| 82206881 | F200500508 | US | US7323920 | Granted | | 13-Jun-2005 | N/A | N/A | SOFT-ERROR RATE IMPROVEMENT IN A LATCH USING LOW-PASS FILTERING |
| 82207067 | F200500606 | US | US8990547 | Granted | | 23-Aug-2005 | 24-Sep-2022 | 3,606.00 | SYSTEMS AND METHODS FOR RE-ORDERING INSTRUCTIONS |
| 82207133 | F200500634 | US | US8346740 | Granted | | 22-Jul-2005 | 1-Jul-2020 | 3,606.00 | FILE CACHE MANAGEMENT SYSTEM |
| 82208279 | F200501135 | US | US7238681 | Granted | | 1-Nov-2005 | 15-Dec-2021 | 7,706.00 | FINGERPRINT AND PHYSICAL ATTRIBUTE DETECTION |
| 82208402 | F200501180 | US | US8739288 | Granted | | 31-Jul-2007 | 27-Nov-2021 | 3,606.00 | AUTOMATIC DETECTION OF VULNERABILITY EXPLOITS |
| 82208507 | F200501222 | US | US7765528 | Granted | | 21-Sep-2005 | 27-Jan-2022 | 7,406.00 | IDENTIFYING SOURCES OF MEMORY RETENTION |
| 82208855 | F200501422 | US | US7903556 | Granted | | 3-Nov-2005 | 8-Sep-2022 | 7,706.00 | METHOD OF CONTROLLING DATA TRANSFERS BETWEEN NODES IN A COMPUTER SYSTEM |
| 82209365 | F200501734 | US | US7816975 | Granted | | 20-Sep-2005 | 19-Apr-2022 | 7,706.00 | CIRCUIT AND METHOD FOR BIAS VOLTAGE GENERATION |

**PATENT**
**REEL: 058897 FRAME: 0280**

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82209767 | F200501965 | US | US8650296 | Granted | | 31-Oct-2006 | 11-Aug-2021 | 3,606.00 | WORKLOAD REALLOCATION INVOLVING INTER-SERVER TRANSFERS OF SOFTWARE LICENSE RIGHTS AND INTRA-SERVER TRANSFER OF HARDWARE RESOURCES |
| 82209998 | F200502087 | US | US8949404 | Granted | | 24-May-2005 | 3-Aug-2022 | 3,766.00 | ACQUIRING GRAPHICAL OPERATING SYSTEM POST-FAILURE SCREEN |
| 82210232 | F200502177 | US | US7636643 | Granted | | 29-Jun-2006 | 22-Jun-2021 | 7,406.00 | GAUGE HAVING A DYNAMICALLY UPDATED INDICIA OF A VALUE'S NORMAL RANGE, AND METHODS AND MEANS TO FACILITATE THE DISPLAY AND UPDATE OF SAME |
| 82210268 | F200502188 | US | US7594223 | Granted | | 27-Jun-2005 | 22-Mar-2021 | 7,406.00 | STRAIGHT-LINE POST-INCREMENT OPTIMIZATION FOR MEMORY ACCESS INSTRUCTIONS |
| 82210868 | F200502476 | US | US8595612 | Granted | | 26-Oct-2006 | 26-May-2021 | 3,606.00 | DISPLAY OF WEB PAGE WITH AVAILABLE DATA |
| 82211354 | F200502764 | US | US8391432 | Granted | | 8-Aug-2005 | 5-Sep-2024 | 7,706.00 | DATA SERIALIZER |
| 82212575 | F200503321 | US | US8924590 | Granted | | 14-Feb-2006 | 30-Jun-2022 | 3,606.00 | SYSTEM AND METHOD FOR COMMUNICATING IN A NETWORKED SYSTEM |

PATENT
REEL: 058897 FRAME: 0281

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82212875 | F200503479 | US | US8688899 | Granted | | 5-Dec-2006 | 1-Oct-2021 | 3,766.00 | BIT ORDERING FOR COMMUNICATIN G AN ADDRESS ON A SERIAL FABRIC |
| 82213166 | F200503643 | US | US7610468 | Granted | | 26-Oct-2006 | 27-Apr-2021 | 7,706.00 | MODIFIED BUDDY SYSTEM MEMORY ALLOCATION |
| 82213211 | F200503688 | US | US8738346 | Granted | | 26-Oct-2006 | 27-Nov-2021 | 3,606.00 | METHOD AND APPARATUS FOR CONTROLLING MULTIPLE SIMULATIONS |
| 82214159 | F200504348 | US | US7672923 | Granted | | 31-Oct-2006 | 2-Sep-2021 | 7,406.00 | GRID NETWORK MANAGEMENT VIA AUTOMATIC TREND ANALYSIS OF A SERVICE LEVEL AGREEMENT |
| 82214258 | F200504419 | US | US8521652 | Granted | | 19-May-2006 | 27-Feb-2021 | 3,606.00 | DISCOVERING LICENSES IN SOFTWARE FILES |
| 82215572 | F200505182 | US | US7970143 | Granted | | 5-Aug-2005 | 28-Dec-2022 | 7,706.00 | SYSTEM, METHOD AND APPARATUS TO OBTAIN A KEY FOR ENCRYPTION/DE CRYPTION/DATA RECOVERY FROM AN ENTERPRISE CRYPTOGRAPHY KEY MANAGEMENT SYSTEM |

PATENT
REEL: 058897 FRAME: 0282

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82815953 | F200505182 | DE | DE602005030748.6 | Granted | | 5-Aug-2005 | 5-Aug-2021 | 1,822.09 | SYSTEM, METHOD AND APPARATUS TO OBTAIN A KEY FOR ENCRYPTION/DECRYPTION/DATA RECOVERY FROM AN ENTERPRISE CRYPTOGRAPHY KEY MANAGEMENT SYSTEM |
| 82815955 | F200505182 | GB | GB1913509 | Granted | | 5-Aug-2005 | 5-Aug-2021 | 691.79 | SYSTEM, METHOD AND APPARATUS TO OBTAIN A KEY FOR ENCRYPTION/DECRYPTION/DATA RECOVERY FROM AN ENTERPRISE CRYPTOGRAPHY KEY MANAGEMENT SYSTEM |
| 82215986 | F200505367 | US | US7895409 | Granted | | 30-Jul-2007 | 22-Aug-2022 | 7,406.00 | APPLICATION INSPECTION TOOL FOR DETERMINING A SECURITY PARTITION |
| 82216013 | F200505381 | US | US7657776 | Granted | | 20-Sep-2006 | 2-Aug-2021 | 7,406.00 | CONTAINING MACHINE CHECK EVENTS IN A VIRTUAL PARTITION |
| 82216367 | F200505552 | US | US9038051 | Granted | | 31-Oct-2006 | 19-Nov-2022 | 3,606.00 | SELECTING PATCH SOLUTIONS BASED ON AVAILABILITY OF INFORMATION REGARDING PATCHES PREVIOUSLY INSTALLED ON USER SYSTEM |

PATENT
REEL: 058897 FRAME: 0283

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82216469 | F200505397 | US | US7698545 | Granted | | 24-Apr-2006 | 13-Oct-2021 | 7,406.00 | COMPUTER CONFIGURATION CHRONOLOGY GENERATOR |
| 82216655 | F200505721 | US | US7872965 | Granted | | 22-Aug-2005 | 18-Jul-2022 | 7,406.00 | NETWORK RESOURCE TEAMING PROVIDING RESOURCE REDUNDANCY AND TRANSMIT/RECEIVE LOAD-BALANCING THROUGH A PLURALITY OF REDUNDANT PORT TRUNKS |
| 82217171 | F200505962 | US | US7971193 | Granted | | 14-Jul-2006 | 28-Dec-2022 | 7,406.00 | METHODS FOR PERFORMING CROSS MODULE CONTEXT-SENSITIVE SECURITY ANALYSIS |
| 82217174 | F200505968 | US | US7644204 | Granted | | 31-Oct-2006 | 5-Jul-2021 | 7,406.00 | SCSI I/O COORDINATOR |
| 82217573 | F200506169 | US | US8516218 | Granted | | 30-Oct-2006 | 20-Feb-2021 | 3,606.00 | PATTERN-BASED MAPPING FOR STORAGE SPACE MANAGEMENT |
| 82217705 | F200506289 | US | US8522042 | Granted | | 31-Oct-2006 | 27-Feb-2021 | 3,766.00 | METHOD AND APPARATUS FOR ENFORCEMENT OF SOFTWARE LICENSE PROTECTION |
| 82217870 | F200506400 | US | US7721133 | Granted | | 27-Apr-2006 | 18-Nov-2021 | 7,706.00 | SYSTEMS AND METHODS OF SYNCHRONIZING REFERENCE FREQUENCIES |
| 82218650 | F200506827 | US | US7953996 | Granted | | 18-Dec-2006 | 30-Nov-2022 | 7,406.00 | ACPI TO FIRMWARE INTERFACE |

PATENT
REEL: 058897 FRAME: 0284

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82218854 | F200506945 | US | US9298068 | Granted | | 6-Jul-2010 | 29-Sep-2023 | 3,766.00 | BIT ERROR RATE REDUCTION BUFFER, METHOD AND APPARATUS |
| 82218926 | F200506982 | US | US8402463 | Granted | | 30-Oct-2006 | 19-Sep-2024 | 7,706.00 | HARDWARE THREADS PROCESSOR CORE UTILIZATION |
| 82219271 | F200507176 | US | US7861042 | Granted | | 23-Oct-2006 | 28-Jun-2022 | 7,406.00 | PROCESSOR ACQUISITION OF OWNERSHIP OF ACCESS COORDINATOR FOR SHARED RESOURCE |
| 82219313 | F200507184 | US | US7855957 | Granted | | 30-Aug-2006 | 21-Jun-2022 | 7,406.00 | METHOD AND SYSTEM OF TRANSMIT LOAD BALANCING ACROSS MULTIPLE PHYSICAL PORTS |
| 82219409 | F200507258 | US | US7502888 | Granted | | 7-Feb-2006 | N/A | N/A | SYMMETRIC MULTIPROCESSOR SYSTEM |
| 82219514 | F200507306 | US | US8739162 | Granted | | 27-Apr-2007 | 27-Nov-2021 | 3,606.00 | ACCURATE MEASUREMENT OF MULTITHREADED PROCESSOR CORE UTILIZATION AND LOGICAL PROCESSOR UTILIZATION |
| 82219718 | F200507426 | US | US7743244 | Granted | | 31-Oct-2006 | 22-Dec-2021 | 7,406.00 | COMPUTER SYSTEM MODEL GENERATION WITH TRACKING OF ACTUAL COMPUTER SYSTEM CONFIGURATION |

PATENT
REEL: 058897 FRAME: 0285

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82241207 | F200507596 | US | US8650579 | Granted | | 29-Oct-2007 | 11-Aug-2021 | 3,606.00 | CONTAINMENT FOR COMPUTER-SOFTWARE UPDATE INSTALLATION PROCESSES |
| 82220024 | F200507702 | US | US10198709 | Granted | | 27-Mar-2006 | 5-Aug-2022 | 2,606.00 | MANAGING ASSETS USING AT LEAST ONE POLICY AND ASSET LOCATIONS |
| 82220027 | F200507704 | US | US8510450 | Granted | | 22-Apr-2006 | 13-Feb-2021 | 3,606.00 | RECONCILIATION OF WEB SERVER SESSION STATES WITH CLIENT BROWSER STATES |
| 82220048 | F200507714 | US | US7710862 | Granted | | 30-Aug-2006 | 4-Nov-2021 | 7,406.00 | METHOD AND SYSTEM OF ASSIGNING MEDIA ACCESS CONTROL (MAC) ADDRESSES ACROSS TEAMED COMMUNICATION PORTS |
| 82220135 | F200507803 | US | US7788477 | Granted | | 31-Jan-2007 | 28-Feb-2022 | 7,406.00 | METHODS, APPARATUS AND ARTICLES OF MANUFACTURE TO CONTROL OPERATING SYSTEM IMAGES FOR DISKLESS SERVERS |
| 82220549 | F200600217 | US | US8799591 | Granted | | 30-Jan-2007 | 5-Feb-2022 | 3,606.00 | READ-WRITE SPINLOCK WITH NO MUTUAL EXCLUSION AMONG READERS |
| 82220579 | F200600243 | US | US7774652 | Granted | | 19-Sep-2006 | 10-Feb-2022 | 7,706.00 | CIRCUITRY AND METHOD TO DETECT CONDITIONS OF DATA |

PATENT
REEL: 058897 FRAME: 0286

| Patent ID Tranche s | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82220864 | F200600374 | US | US6871300 | Granted | | 4-May-2001 | N/A | N/A | EMBEDDED SERVER CHASSIS HARDWARE MASTER SYSTEM AND METHOD |
| 82220945 | F200600412 | US | US7515428 | Granted | | 31-Oct-2006 | N/A | N/A | DESIGN FOR AUTOMATIC POSITIONING OF POWER SUPPLY MODULE HANDLE |
| 82212385 | F200600835 | US | US7941812 | Granted | | 30-Jan-2007 | 10-Nov-2022 | 7,406.00 | INPUT/OUTPUT VIRTUALIZATIO N THROUGH OFFLOAD TECHNIQUES |
| 82223009 | F200601155 | US | US7729368 | Granted | | 19-Jan-2007 | 1-Dec-2021 | 7,406.00 | NETWORK BUFFER CACHING |
| 82224527 | F200601902 | US | US8739143 | Granted | | 31-Jan-2007 | 27-Nov-2021 | 3,606.00 | PROFILING METRICS FOR COMPUTER PROGRAMS |
| 82224551 | F200601915 | US | US8504943 | Granted | | 24-Oct-2006 | 6-Feb-2021 | 3,606.00 | DISPLAYING GROUP ICONS REPRESENTING RESPECTIVE GROUPS OF NODES |
| 82224686 | F200601982 | US | US7895581 | Granted | | 26-Jan-2007 | 22-Aug-2022 | 7,406.00 | PROFILING COLLECTOR FOR COMPUTER SYSTEM |
| 82225349 | F200602286 | US | US8782779 | Granted | | 26-Sep-2007 | 15-Jan-2022 | 3,766.00 | SYSTEM AND METHOD FOR ACHIEVING PROTECTED REGION WITHIN COMPUTER SYSTEM |
| 82226180 | F200602579 | US | US7730365 | Granted | | 30-Apr-2007 | 1-Dec-2021 | 7,406.00 | WORKLOAD MANAGEMENT FOR MAINTAINING REDUNDANCY OF NON-DATA COMPUTER COMPONENTS |

PATENT
REEL: 058897 FRAME: 0287

| Patent ID Tranche s | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82228010 | F200603372 | US | US8966474 | Granted | | 30-Apr-2007 | 24-Aug-2022 | 3,606.00 | MANAGING VIRTUAL MACHINES USING SHARED IMAGE |
| 82229636 | F200603919 | US | US8768978 | Granted | | 30-Jul-2007 | 1-Jan-2022 | 3,606.00 | SINGLE-OPERATION ON-LINE SCHEMA EVOLUTION |
| 82231193 | F200700459 | US | US7765242 | Granted | | 10-May-2007 | 27-Jan-2022 | 7,406.00 | METHODS AND APPARATUS FOR STRUCTURE LAYOUT OPTIMIZATION FOR MULTI-THREADED PROGRAMS |
| 82231262 | F200700495 | US | US8584138 | Granted | | 30-Jul-2007 | 12-May-2021 | 3,606.00 | DIRECT SWITCHING OF SOFTWARE THREADS BY SELECTIVELY BYPASSING RUN QUEUE BASED ON SELECTION CRITERIA |
| 82232414 | F200700918 | US | US8352957 | Granted | | 31-Jan-2008 | 8-Jul-2020 | 3,606.00 | APPARATUS AND METHOD FOR PASSING METADATA IN STREAMS MODULES |
| 82233344 | F200701141 | US | US9081627 | Granted | | 31-Jul-2007 | 14-Jan-2023 | 3,766.00 | WORKLOAD MANAGEMENT WITH RESOURCE TRANSFER SEQUENCE PLANNED AS A FUNCTION OF RANKING OF RESOURCE ALLOCATIONS |
| 82233425 | F200701161 | US | US7671634 | Granted | | 30-Jul-2007 | 2-Sep-2021 | 7,706.00 | REDUNDANT CLOCK SWITCH CIRCUIT |

PATENT
REEL: 058897 FRAME: 0288

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82233830 | F200701258 | US | US7827266 | Granted | | 31-Jul-2007 | 2-May-2022 | 7,406.00 | SYSTEM AND METHOD OF CONTROLLING MULTIPLE COMPUTER PLATFORMS |
| 82235330 | F200701661 | US | US8505019 | Granted | | 31-Oct-2008 | 5-Feb-2021 | 3,606.00 | SYSTEM AND METHOD FOR INSTANT CAPACITY/WORKLOAD MANAGEMENT INTEGRATION |
| 82235378 | F200701686 | US | US7783823 | Granted | | 31-Jul-2007 | 24-Feb-2022 | 7,706.00 | HARDWARE DEVICE DATA BUFFER |
| 82235381 | F200701686 | GB | GB2451549 | Granted | | 7-Jul-2008 | 7-Jul-2021 | 443.74 | HARDWARD DEVICE DATA BUFFER |
| 82237277 | F200702190 | US | US8621470 | Granted | | 24-Jan-2008 | 30-Jun-2021 | 3,606.00 | WAKEUP-ATTRIBUTE-BASED ALLOCATION OF THREADS TO PROCESSORS |
| 82237688 | F200702350 | US | US7551939 | Granted | | 19-Oct-2007 | 23-Dec-2020 | 7,406.00 | PHASE ADJUSTMENT IN PHASE-LOCKED LOOPS USING MULTIPLE OSCILLATOR SIGNALS |
| 82238465 | F200702551 | US | US7929919 | Granted | | 25-Sep-2008 | 19-Oct-2022 | 7,706.00 | SYSTEMS AND METHODS FOR A PLL-ADJUSTED REFERENCE CLOCK |
| 82238810 | F200702649 | US | US9389921 | Granted | | 15-Dec-2008 | 12-Jan-2024 | 3,766.00 | SYSTEM AND METHOD FOR FLEXIBLE DEVICE DRIVER RESOURCE ALLOCATION |
| 82240934 | F200703378 | US | US7518418 | Granted | | 25-Sep-2007 | N/A | N/A | RATIO GRANULARITY CLOCK DIVIDER CIRCUIT AND METHOD |

PATENT
REEL: 058897 FRAME: 0289

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82240937 | F200703378 | TW | TWI435538 | Granted | | 25-Aug-2008 | 20-Apr-2021 | 359.56 | RATIO GRANULARITY CLOCK DIVIDER CIRCUIT AND METHOD |
| 82240940 | F200703379 | US | US7521972 | Granted | | 25-Sep-2007 | N/A | N/A | FIFTY PERCENT DUTY CYCLE CLOCK DIVIDER CIRCUIT AND METHOD |
| 82240943 | F200703379 | CN | CN200810149759.0 | Granted | | 25-Sep-2008 | 25-Sep-2021 | 1,832.98 | FIFTY PERCENT DUTY CYCLE CLOCK DIVIDER CIRCUIT AND METHOD |
| 82240946 | F200703380 | US | US7567097 | Granted | | 29-Sep-2007 | 28-Jan-2021 | 7,406.00 | PRE-DRIVER CIRCUIT AND APPARATUS USING SAME |
| 82562920 | F200801253 | US | US9015454 | Granted | | 2-May-2008 | 21-Oct-2022 | 3,766.00 | BINDING DATA TO COMPUTERS USING CRYPTOGRAPHIC CO-PROCESSOR AND MACHINE-SPECIFIC AND PLATFORM-SPECIFIC KEYS |
| 82247759 | F200801497 | US | US8392928 | Granted | | 28-Oct-2008 | 5-Sep-2020 | 3,606.00 | AUTOMATED WORKLOAD PLACEMENT RECOMMENDATIONS FOR A DATA CENTER |
| 82247768 | F200801502 | US | US9367197 | Granted | | 28-Jan-2009 | 14-Dec-2023 | 3,766.00 | DISPLAYING COMPUTER RESOURCE HIERARCHY |
| 82247912 | F200801603 | US | US8527988 | Granted | | 31-Jul-2009 | 3-Mar-2021 | 3,606.00 | PROXIMITY MAPPING OF VIRTUAL-MACHINE THREADS TO PROCESSORS |

PATENT
REEL: 058897 FRAME: 0290

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82931281 | F200801779 | CN | CN200980160839.9 | Granted | | 9-Aug-2009 | 9-Aug-2020 | 666.46 | ILLUMINABLE INDICATOR OF ELECTRONIC DEVICE BEING ENABLED BASED AT LEAST ON USER PRESENCE |
| 82852934 | F200801779 | US | US8692683 | Granted | | 9-Aug-2009 | 8-Oct-2021 | 3,766.00 | ILLUMINABLE INDICATOR OF ELECTRONIC DEVICE BEING ENABLED BASED AT LEAST ON USER PRESENCE |
| 82248920 | F200802382 | US | US8392736 | Granted | | 31-Jul-2009 | 5-Sep-2020 | 3,606.00 | MANAGING MEMORY POWER USAGE |
| 82250024 | F200803342 | US | US8694974 | Granted | | 29-Apr-2009 | 8-Oct-2021 | 3,606.00 | LOAD-CHECKING ATOMIC SECTION |
| 82250579 | F200803737 | US | US8607245 | Granted | | 15-May-2009 | 10-Jun-2021 | 3,606.00 | DYNAMIC PROCESSOR-SET MANAGEMENT |
| 82251356 | F200900425 | US | US7797530 | Granted | | 9-Apr-2001 | 14-Mar-2022 | 7,706.00 | AUTHENTICATION AND ENCRYPTION METHOD AND APPARATUS FOR A WIRELESS LOCAL ACCESS NETWORK |
| 82258727 | F200902756 | US | US8713139 | Granted | | 29-Oct-2009 | 29-Oct-2021 | 3,606.00 | AUTOMATIC FIXUP OF NETWORK CONFIGURATION ON SYSTEM IMAGE MOVE |
| 82260449 | F200903890 | US | US8688838 | Granted | | 14-Dec-2009 | 1-Oct-2021 | 3,606.00 | PROFILE MANAGEMENT SYSTEMS |
| 82260881 | F200904195 | US | US8401925 | Granted | | 26-Jan-2010 | 19-Sep-2020 | 3,606.00 | MULTI-PRODUCT SOFTWARE LICENSE SELECTION |

PATENT
REEL: 058897 FRAME: 0291

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82261280 | F200904423 | US | US8452717 | Granted | | 27-Apr-2010 | 28-Nov-2020 | 3,606.00 | PRESENTING AN INTERACTIVE GUIDANCE STRUCTURE IN A COLLABORATIVE ENVIRONMENT |
| 82934011 | F200904474 | US | US9425902 | Granted | | 11-Jan-2010 | 23-Feb-2024 | 3,766.00 | SYSTEM INCLUDING DRIVER CIRCUIT FOR ELECTRICAL SIGNALING AND OPTICAL SIGNALING |
| 82261919 | F200904777 | US | US8356198 | Granted | | 30-Mar-2010 | 15-Jul-2020 | 3,606.00 | PERFORMING POWER MANAGEMENT BASED ON INFORMATION REGARDING ZONES OF DEVICES IN A SYSTEM |
| 82263782 | F201000860 | US | US8353489 | Granted | | 21-Sep-2010 | 15-Jan-2021 | $4,260.00 | MOUNTING KIT |
| 82264178 | F201001112 | US | US8356141 | Granted | | 28-Jun-2010 | 15-Jan-2021 | $4,260.00 | IDENTIFYING REPLACEMENT MEMORY PAGES FROM THREE PAGE RECORD LISTS |
| 82595313 | F201001837 | US | US9049034 | Granted | | 2-Feb-2011 | 2-Dec-2022 | 3,766.00 | MULTICAST FLOW MONITORING |
| 82271222 | F201003322 | US | US6898210 | Granted | | 31-May-2009 | N/A | N/A | SYSTEM AND METHOD FOR PROVIDING A LOCAL AREA NETWORK UTILIZING REMOTE TRANSCEIVERS |
| 82271810 | F201003559 | US | US7133446 | Granted | | 19-Oct-2000 | N/A | N/A | PERFORMANCE INDICATOR FOR WIRELESS DIGITAL SIGNAL RECEPTION |

PATENT
REEL: 058897 FRAME: 0292

| Patent ID Tranche s | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82272365 | F201003769 | US | US6763001 | Granted | | 17-Aug-2000 | N/A | N/A | DISCOVERING NON MANAGED DEVICES IN A NETWORK SUCH AS A LAN USING TELNET |
| 82272374 | F201003772 | US | US6775243 | Granted | | 15-Sep-2000 | N/A | N/A | GRAPHICALLY DISTINGUISHING A PATH BETWEEN TWO POINTS ON A NETWORK |
| 82272485 | F201003815 | US | US7194534 | Granted | | 4-Apr-2001 | N/A | N/A | DISPLAY OF PHONES ON A MAP OF A NETWORK |
| 82272548 | F201003843 | US | US6954785 | Granted | | 17-Aug-2000 | N/A | N/A | A SYSTEM FOR IDENTIFYING DEVICES THAT HAVE THE HIGHEST TOTAL VOLUME DATA TRANSFER AND COMMUNICATE WITH AT LEAST A THRESHOLD NUMBER OF CLIENT DEVICES |
| 82274099 | F201004538 | US | US7702726 | Granted | | 10-Apr-2002 | 20-Oct-2021 | 7,706.00 | SYSTEM AND METHODS FOR PROVIDING PRESENCE SERVICES IN IP NETWORK |
| 82274312 | F201004586 | US | US7155623 | Granted | | 15-May-2003 | N/A | N/A | SYSTEM AND METHOD FOR THE MANAGEMENT OF POWER SUPPLIED OVER DATA LINES |
| 82274948 | F201004727 | US | US8416766 | Granted | | 2-Jun-2009 | 9-Oct-2024 | 7,706.00 | METHOD FOR IMPLEMENTING DISTRIBUTED VOICE FUNCTIONS INTO SOFTWARE APPLICATIONS |

PATENT
REEL: 058897 FRAME: 0293

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82274954 | F201004727 | CN | CN200910146274.0 | Granted | | 26-Jun-2009 | 26-Jun-2021 | 1,032.98 | METHOD FOR IMPLEMENTING DISTRIBUTED VOICE FUNCTIONS INTO SOFTWARE APPLICATIONS |
| 82275887 | F201005039 | US | US8725781 | Granted | | 30-Jan-2011 | 13-Nov-2021 | 3,766.00 | SENTIMENT CUBE |
| 82275890 | F201005041 | US | US8949211 | Granted | | 31-Jan-2011 | 3-Aug-2022 | 3,766.00 | OBJECTIVE-FUNCTION BASED SENTIMENT |
| 82586665 | F201005286 | US | US8966210 | Granted | | 4-Apr-2011 | 24-Aug-2022 | 3,606.00 | ZONE GROUP CONNECTIVITY INDICATOR |
| 82581296 | F201005340 | US | US8713183 | Granted | | 27-Mar-2011 | 29-Oct-2021 | 3,766.00 | RESOURCE COMPATABILITY FOR DATA CENTERS |
| 82677110 | F201005997 | US | US8719478 | Granted | | 11-Aug-2011 | 6-Nov-2021 | 3,606.00 | DEADLOCK PREVENTION |
| 82277090 | F300202276 | US | US7143316 | Granted | | 8-Apr-2003 | N/A | N/A | FAULT DIAGNOSIS IN A NETWORK |
| 82069802 | F30990155 | US | US7096204 | Granted | | 6-Oct-2000 | N/A | N/A | ELECTRONIC COMMERCE SYSTEM |
| 82072100 | F50980009 | US | US6891863 | Granted | | 6-Oct-2000 | N/A | N/A | DEVICE AND METHODS FOR PROCESSING CHANNELS IN A DATA STREAM |
| 82664931 | F700205294 | US | US8478909 | Granted | | 18-May-2011 | 2-Jan-2021 | 3,766.00 | DETERMINING MISCONNECTION OF AN ELECTRONIC DEVICE TO A NETWORK DEVICE USING ZONE INFORMATION |

PATENT
REEL: 058897 FRAME: 0294

| Patent ID Tranche 5 | Patent Family Id | CC | Patent Number | Patent Status | Application Number if not Granted | Filed Date | Annuity Due Date | Annuity Cost (Est. USD) | Application Title |
|---|---|---|---|---|---|---|---|---|---|
| 82774491 | F780205856 | US | 1188578023 | Granted | | 29-Jul-2011 | 5-May-2021 | 3,606.00 | COMPUTER RESOURCE UTILIZATION MODELING FOR MULTIPLE WORK LOADS |

26

**PATENT**

**RECORDED: 11/18/2021**

**REEL: 058897 FRAME: 0295**