# Exhibit 4

Hewlett Packard Enterprise (https://www.hpe.com/us/en/home.html)

# HPE celebrates grand opening of Houston headquarters

APRIL 4, 2022 • BLOG POST • ANTONIO NERI, PRESIDENT AND CHIEF EXECUTIVE OFFICER

**IN THIS ARTICLE**

HPE welcomes team members, customers, and guests to its new Houston campus

Custom-designed facility reimagines workspaces around HPE's Edge-to-Office vision, empowering team members to experience the benefits of flexible, hybrid

work

Houston headquarters includes innovative labs and collaborative workspaces to empower teams, while bringing cutting-edge HPE technologies to life for visitors

## New campus embodies HPE's Edge-to-Office model, promoting collaboration, productivity, flexibility, and convenience

Today is a day for celebration. Over the last two years, we've been building an incredible campus (https://www.hpe.com/us/en/newsroom/blog-post/2020/12/deeper-in-the-heart-of-texas-hpe-to-move-headquarters-to-the-houston-metro.html) in Spring, Texas, just outside Houston. As the new headquarters for Hewlett Packard Enterprise, our campus leverages everything we have heard from team members and learned from the pandemic to create a truly next-generation collaboration and culture center that meets the evolving expectations of our teams. Now as we open our doors to the public, I'm excited to share new details about our vision, and give you a peek inside.

View media assets for the Houston headquarters (https://www.hpe.com/us/en/newsroom/about-houston-hq.html), including video, photos and infographic.

# HPE's Houston headquarters is the embodiment of our vision for the future of work, designed to enable our hybrid Edge-to-Office work model

Share

HPE's Houston headquarters is the embodiment of our vision for the future of work, designed to enable our hybrid Edge-to-Office work model (https://www.hpe.com/us/en/newsroom/blog-post/2021/07/welcome-back-to-a-new-and-improved-workplace-experience.html). At HPE, 80% of our team members are now designated "Edge," working primarily remotely but encouraged to come into the office for collaboration. So rather than building a headquarters where teams will spend all their working time, we designed a collection of flexible, high-tech spaces to foster teamwork and social interaction -- and accommodate team members' changing needs.

We begin by welcoming team members, guests, and customers into our beautiful glass lobby, complete with its own collaboration area and two-story video wall, then devote customized areas to private, small group, and large group work. Whether team members need quiet time in one of our 72 soundproof privacy pods, have interest in gathering in our flexible outdoor meeting space, or want to bring our technology to life for customers in our 14,000-square foot Executive Briefing Center --they have the environment and technology they need to succeed.

Edge-to-Office is all about being more productive, wherever team members are located. We've allocated more than 280 sit-to-stand workstations for team members who work primarily at the office, and use HPE Connect and N-siteful applications to help Edge team members reserve nearly 600 open workstations on demand. Throughout the campus, HPE technologies, including Aruba-enabled Wi-Fi and cellular reception enhancement systems, help all our team members, guests, and customers stay connected. The new headquarters also includes over 120,000 square feet of lab and data center spaces, including specialty labs for customer engagement.

I'm especially proud of Makerspace, a hands-on creative workshop featuring everything from

3D printers and laser cutters to woodworking and welding equipment. While Makerspace produces and modifies test fixtures, prototypes, and parts for HPE's labs, we're also offering team members classes and training for these technologies. So, if you want to sculpt a 3D dinosaur for your child's bedroom, or build a coffee table for your new home, you can learn *how* to do it – and *actually* do it -- in this space.

We know today's workforce is not the same one that left the office two years ago, and we've purposefully designed our new headquarters to give team members the flexibility and space they need to care for themselves. Team members can take grab-and-go meals to serve at home rather than eat at their desks, or take opportunities for respite in one of our wellness rooms provided for meditation, prayer, and reflection.

At HPE, we are committed to equity (https://www.hpe.com/us/en/newsroom/blog-post/2022/03/what-it-will-take-to-get-more-women-into-tech.html), and that means fostering an environment that's inclusive, inviting, and supportive for everyone. Our headquarters includes mothers' rooms for new and expectant mothers, gender neutral restrooms, and fully staffed health, fitness, and subsidized pharmacy facilities on site – all in the service of respecting and caring for our employees' well-being.

And there's a business case for this focus on the team member experience, too. Team members are our greatest asset and drive HPE's innovation and obsession over the customer. We know that when team members are in a supportive and collaborative environment, with the flexibility to make work fit their life instead of the other way around, productivity and customer outcomes improve.

> Edge-to-Office reflects the changed expectations and needs of team members after two years of societal disruption

< Share

As our team members continue returning to the office, whether at our Houston headquarters, at our innovation hub in San Jose, or at any of the more than 160 sites around the world that are reopening after the pandemic, Edge-to-Office reflects the changed expectations and needs of team members after two years of societal disruption. By reimagining our sites as centers for culture and collaboration with modern, high-tech, supportive experiences – while providing the flexibility to work from elsewhere when life demands, HPE strives to be a place where our team members can bring their whole selves to work and build fulfilling careers, from the edge to the office.

I look forward to seeing you here and changing the world with innovations that we spark together, deep in the heart of Texas.

# RELATED NEWS

**Deeper in the heart of Texas: HPE to move headquarters to the Houston metro (https://www.hpe.com/us/en/newsroom/blog-post/2020/12/deeper-in-the-heart-of-texas-hpe-to-move-headquarters-to-the-houston-metro.html)**

Blog Post

Read More         (https://www.hpe.com/us/en/newsroom/blog-post/2020/12/deeper-in-the-heart-of-

11/14/22, 8:33 PM
Case 4:22-cv-05289-YGR   Document 30-8   Filed 12/07/22   Page 7 of 12
HPE celebrates grand opening of Houston headquarters | HPE

texas-hpe-to-move-headquarters-to-the-houston-metro.html)

Share

**Welcome Back to a New – and Improved – Workplace Experience (https://www.hpe.com/us/en/newsroom/blog-post/2021/07/welcome-back-to-a-new-and-improved-workplace-experience.html)**

Blog Post

Read More        (https://www.hpe.com/us/en/newsroom/blog-post/2021/07/welcome-back-to-a-new-and-improved-workplace-experience.html)

Share



## What it will take to get more women into tech (https://www.hpe.com/us/en/newsroom/blog-post/2022/03/what-it-will-take-to-get-more-women-into-tech.html)

Blog Post

Read More      (https://www.hpe.com/us/en/newsroom/blog-post/2022/03/what-it-will-take-to-get-more-women-into-tech.html)

Share

## How can we help?

Help me find something

How to Buy(https://www.hpe.com/us/en/buy-parts-products.html)

Product Support(https://support.hpe.com/hpesc/public/home)

Email Sales

Chat with Sales

Chat with Sales

(https://www.linkedin.com/company/hewlett-packard-enterprise)

(https://twitter.com/hpe) (http://facebook.com/hewlettpackardenterprise)

(http://www.youtube.com/hpe)

(https://www.hpe.com/us/en/newsroom/rss.xml)

## COMPANY

About HPE (https://www.hpe.com/us/en/about.html)

Accessibility (https://www.hpe.com/us/en/about/accessibility-aging.html)

Careers (https://careers.hpe.com/us/en)

Contact Us (https://www.hpe.com/us/en/contact-hpe.html)

Corporate Responsibility (https://www.hpe.com/us/en/living-progress.html)

Global Diversity & Inclusion (https://www.hpe.com/us/en/about/diversity.html)

HPE Modern Slavery Transparency Statement (PDF) (/us/en/collaterals/collateral.a00005807.HPE-Modern-Slavery-Transparency-Statement.html?rpv=cpf&parentPage=/us/en/newsroom/blog-post/2022/04/hpe-celebrates-grand-opening-of-houston-headquarters)

Hewlett Packard Labs (https://www.hpe.com/us/en/hewlett-packard-labs.html)

Investor Relations (http://investors.hpe.com/)

Leadership (https://www.hpe.com/us/en/leadership.html)

Public Policy (https://www.hpe.com/us/en/living-progress/report.html)

## LEARN ABOUT

Artificial Intelligence (https://www.hpe.com/us/en/what-is/artificial-intelligence.html)

Cloud Computing (https://www.hpe.com/us/en/what-is/cloud-computing.html)

Containers (https://www.hpe.com/us/en/what-is/containers.html)

Machine Learning (https://www.hpe.com/us/en/what-is/machine-learning.html)

Enterprise Glossary (https://www.hpe.com/us/en/what-is.html)

### NEWS AND EVENTS

News and Insights (https://www.hpe.com/us/en/news-insights-press.html)

Newsroom (https://www.hpe.com/us/en/newsroom.html)

HPE Discover (https://www.hpe.com/us/en/discover.html)

Events (https://www.hpe.com/us/en/discover-more-network/events.html)

Webinars (https://www.hpe.com/us/en/webinars.html)

### PARTNERS

Partner Ready program (https://www.hpe.com/us/en/solutions/partners.html)

Partner Ready Vantage program (https://www.hpe.com/us/en/solutions/partner-ready-vantage.html)

Find a Partner (http://partnerconnect.hpe.com/)

Certifications (https://certification-learning.hpe.com/TR/Index.html)

HPE GreenLake Marketplace (https://www.hpe.com/us/en/software/marketplace.html)

### SUPPORT



Product Support (https://support.hpe.com/hpesc/public/home)

Software & Drivers (https://myenterpriselicense.hpe.com/cwp-ui/auth/login)

Warranty Check (https://support.hpe.com/hpsc/wc/public/home)

Enhanced Support Services (https://www.hpe.com/us/en/services/operational.html)

Education and Training (https://education.hpe.com/us/en/training/index.html)

Product Return and Recycling (https://www.hpe.com/us/en/about/environment/product-recycling.html)

OEM Solutions (https://www.hpe.com/us/en/oem.html)

Validate Equipment Parts (https://www.hpe.com/us/en/validate.html)

## COMMUNITIES

HPE Community (https://community.hpe.com/)

Aruba Airheads (https://community.arubanetworks.com/home)

HPE Tech Pro Community (https://techpro.hpe.com/)

HPE Developer (https://developer.hpe.com/)

All Blogs and Forums (https://www.hpe.com/us/en/communities.html)

## CUSTOMER RESOURCES

Customer Stories (https://www.hpe.com/us/en/customer-case-studies.html)

How To Buy (https://www.hpe.com/us/en/buy-parts-products.html)

Financial Services (https://www.hpe.com/us/en/services/financial-services.html)

HPE Customer Centers (https://www.hpe.com/us/en/about/customer-centers.html)

Email Signup (https://connect.hpe.com/subscribe?language=en)

HPE MyAccount (https://www.hpe.com/us/en/my-account-public/overview.html)

Resource Library (https://www.hpe.com/us/en/resource-library.html)



Video Gallery (https://www.hpe.com/media/video)

Voice of the Customer Signup (https://hpetraining.co1.qualtrics.com/jfe/form/SV_5AviM619Y0X72NE)

UNITED STATES (EN) (HTTPS://WWW.HPE.COM/US/EN/COUNTRY-SELECTOR.HTML?NAVIGATEFROM=/US/EN/NEWSROOM/BLOG-POST/2022/04/HPE-CELEBRATES-GRAND-OPENING-OF-HOUSTON-HEADQUARTERS.HTML)

© Copyright 2022 Hewlett Packard Enterprise Development LP

Privacy (https://www.hpe.com/us/en/legal/privacy.html) |
Terms of Use (https://www.hpe.com/us/en/about/legal/terms-of-use.html) |
Ad Choices & Cookies (https://www.hpe.com/us/en/legal/privacy.html#datacollection) |
Do Not Sell My Personal Information (https://submit-irm.trustarc.com/services/validation/3ed0e322-a1c4-438e-abf1-8491aa775388)
| Sitemap (https://www.hpe.com/us/en/sitemap.html)

 (https://www.hpe.com/us/en/home.html)