Matthew G. Berkowitz (SBN 310426)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email:
matthew.berkowitz@sheaman.com

Thomas R. Makin (admitted *pro hac vice*)
David J. Cooperberg (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Email: thomas.makin@shearman.com
       david.cooperberg@shearman.com

L. Kieran Kieckhefer (SBN 251978)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
Email: kieran.kieckhefer@shearman.com

*Attorneys for Defendant*

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
Christopher DeCoro (admitted *pro hac vice*)
Chris T. Ilardi (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4800
garovas@kirkland.com
tfriedman@kirkland.com
cdecoro@kirkland.com
chris.ilardi@kirkland.com

Brandon H. Brown, P.C.
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
bhbrown@kirkland.com

Tiffany M. Knapp (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
tiffany.knapp@kirkland.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED HAT, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALTRUS INNOVATIONS, LTD.,<br><br>　　　　　Defendant.<br>s | Case No.: 4:22-cv-05289-YGR<br><br>**Hon. Judge Yvonne Gonzalez Rogers**<br><br>**JOINT STIPULATION REQUESTING STAY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed: September 16, 2022 |

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties in the above action, through counsel, hereby stipulate and request an Order staying this action, other than discovery and briefing in connection with Defendant's motion to dismiss (Dkt. 39), pending resolution of that motion. In support of their request, the parties state as follows:

1. Plaintiff filed the Complaint in this action on September 16, 2022. (Dkt. 1).

2. Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) on December 7, 2022, asserting that this Court lacks personal jurisdiction over Defendant and that the Complaint fails to state a plausible claim for relief for tortious interference with contractual relations. (Dkt. 39). The parties previously agreed that Plaintiff is entitled to discovery regarding personal jurisdiction and that the deadline for Plaintiff to respond to the motion should be stayed to allow Plaintiff the opportunity to complete this discovery. (Dkt. 40). The parties also previously agreed that such discovery will be limited to facts related to the issues raised in Defendant's motion and that they will negotiate in good faith to limit the scope, amount, and timing of discovery. (*Id.*). The parties further previously agreed that "further litigation, including contention discovery contemplated by the Local Patent Rules and other non-jurisdictional discovery should be stayed until resolution of Defendant's motion" and that the parties "intend to file a joint motion to this effect." (*Id.* at ¶ 6).

3. Consistent with prior stipulations (*Id.* at ¶ 3), the parties now agree that, subject to resolution of any remaining jurisdictional discovery disputes (*Id.*), Defendant will substantially complete its production of documents and provide its final responses to the above-contemplated written discovery by January 20, 2023, and that all discovery (including depositions) will be completed by February 3, 2023.

4. Per prior stipulation, the parties have agreed that Plaintiff's response brief to Defendant's motion to dismiss will be due February 23, 2023, and that Defendant's reply brief will be due March 9, 2023. (*Id. at* ¶ 5).

5. The initial case management conference is currently scheduled for January 23, 2023. (Dkt. 27 as modified by Dkt. 33).

NOW, THEREFORE, in light of the foregoing and per prior agreement (Dkt. 40, ¶ 6), the parties agree and stipulate and request an Order staying this litigation, including contention discovery contemplated by the Local Patent Rules and other non-jurisdictional discovery, but excluding the briefing deadlines, jurisdictional discovery, and initial case management conference identified above, until resolution of Defendant's motion to dismiss.

Dated:  January 5, 2023

Respectfully submitted,

SHEARMAN & STERLING LLP

By: */s/ Matthew G. Berkowitz*
Matthew G. Berkowitz
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@sheaman.com

*Attorney for Valtrus Innovations, Ltd. (Special Appearance for Purpose of this Stipulation)*

By: */s/ Brandon H. Brown*

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
Christopher DeCoro (admitted *pro hac vice*)
Chris T. Ilardi (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4800
garovas@kirkland.com
tfriedman@kirkland.com
cdecoro@kirkland.com
chris.ilardi@kirkland.com

Brandon H. Brown, P.C.
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
bhbrown@kirkland.com

Tiffany M. Knapp (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP

200 Clarendon Street
Boston, MA 02116
(617) 385-7500
tiffany.knapp@kirkland.com

*Attorneys for Plaintiff Red Hat, Inc.*

**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from counsel for Red Hat.

Dated: January 5, 2023                                        */s/ Matthew G. Berkowitz*
                                                                              Matthew G. Berkowitz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** _____            _____

                                                                DISTRICT JUDGE YVONNE GONZALEZ ROGERS

4

JOINT STIPULATION REQUESTING STAY PENDING RESOLUTION          CASE NO.: 4:22-cv-05289-YGR
OF DEFENDANT'S MOTION TO DISMISS