| | |
|---|---|
| Gregory S. Arovas, P.C. (admitted *pro hac vice*) <br> Todd M. Friedman, P.C. (admitted *pro hac vice*) <br> Christopher DeCoro (admitted *pro hac vice*) <br> Chris T. Ilardi (admitted pro hac vice) <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Ave. <br> New York, NY 10022 <br> (212) 446-4800 <br> garovas@kirkland.com <br> tfriedman@kirkland.com <br> cdecoro@kirkland.com <br> chris.ilardi@kirkland.com <br><br> Brandon H. Brown, P.C. <br> KIRKLAND & ELLIS LLP <br> 555 California Street, 27th Floor <br> San Francisco, CA 94104 <br> (415) 439-1400 <br> bhbrown@kirkland.com <br><br> Tiffany M. Knapp (admitted *pro hac vice*) <br> KIRKLAND & ELLIS LLP <br> 200 Clarendon Street <br> Boston, MA 02116 <br> (617) 385-7500 <br> tiffany.knapp@kirkland.com <br><br> *Attorneys for Plaintiff* | Matthew G. Berkowitz (SBN 310426) <br> SHEARMAN & STERLING LLP <br> 1460 El Camino Real, 2nd Floor <br> Menlo Park, CA 94025 <br> Telephone: 650.838.3600 <br> Fax: 650.838.3699 <br> Email: matthew.berkowitz@sheaman.com <br><br> Thomas R. Makin (admitted *pro hac vice*) <br> David J. Cooperberg (admitted *pro hac vice*) <br> SHEARMAN & STERLING LLP <br> 599 Lexington Avenue <br> New York, NY 10022 <br> Telephone: 212.848.4000 <br> Email: thomas.makin@shearman.com <br>       david.cooperberg@shearman.com <br><br> L. Kieran Kieckhefer (SBN 251978) <br> SHEARMAN & STERLING LLP <br> 535 Mission Street, 25th Floor <br> San Francisco, CA 94105 <br> Telephone: 415.616.1100 <br> Fax: 415.616.1339 <br> Email: kieran.kieckhefer@shearman.com <br><br> *Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RED HAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALTRUS INNOVATIONS, LTD., <br><br> Defendant. <br><br> re | Case No. 4:22-cv-05289-YGR <br><br> **NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DISCOVERY** <br><br> **Hon. Judge Yvonne Gonzalez Rogers** <br><br> Complaint Filed: September 16, 2022 |

1

NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND     CASE NO. 4:22-cv-05289-YGR
[PROPOSED] ORDER TO CONTINUE HEARING ON DISCOVERY

Pursuant to Civil Local Rules 6-2(a), 7-7(b) and 7-12, the parties in the above action, through counsel, hereby jointly submit the following Notice of Settlement in Principle and Stipulation in the above-captioned matter and request an Order continuing the scheduled hearing on discovery and staying this action. In support of their request, the parties state as follows:

1. Plaintiff filed the Complaint in this action on September 16, 2022. (Dkt. 1).
2. Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) on December 7, 2022. (Dkt. 39).
3. The Court previously vacated and did not reschedule the Case Management Conference, and stayed all aspects of this litigation other than the briefing deadlines and jurisdictional discovery related to Defendant's motion to dismiss. (Dkt. 41 as modified by Dkt. 44; Dkt. 50; Dkt. 51).
4. The parties submitted a joint discovery dispute letter on January 27, 2023 (Dkt. 46), and the Court scheduled a discovery hearing on that dispute for March 9, 2023 at 9:30 am before Magistrate Judge Beeler (Dkt. 52).
5. The parties have reached a settlement in principle, which would resolve all of the issues in this litigation.
6. The parties expect to file a dismissal of this action within 30 days.

NOW THEREFORE, in light of the foregoing, the parties agree, stipulate, and respectfully request an Order that the discovery hearing scheduled for March 9, 2023 be taken off calendar and all briefing deadlines be stayed pending finalization of the parties' settlement agreement. The parties shall file a dismissal of this action or a written status update within 30 days of the date of this Order.

Dated: March 8, 2023                    Respectfully submitted,

By: /s/ Brandon H. Brown
Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
Christopher DeCoro (admitted *pro hac vice*)
Chris T. Ilardi (admitted pro hac vice)
KIRKLAND & ELLIS LLP

601 Lexington Ave.
New York, NY 10022
(212) 446-4800
garovas@kirkland.com
tfriedman@kirkland.com
cdecoro@kirkland.com
chris.ilardi@kirkland.com

Brandon H. Brown, P.C.
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
bhbrown@kirkland.com

Tiffany M. Knapp (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
tiffany.knapp@kirkland.com

*Attorneys for Plaintiff Red Hat, Inc.*


By: */s/ Matt Berkowitz*
    Matthew G. Berkowitz
    SHEARMAN & STERLING LLP
    1460 El Camino Real, 2nd Floor
    Menlo Park, CA 94025
    Telephone: 650.838.3600
    Fax: 650.838.3699
    Email: matthew.berkowitz@sheaman.com

*Attorney for Valtrus Innovations, Ltd.*


**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 8, 2023                    */s/ Matt Berkowitz*
                                         Matt Berkowitz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                    DISTRICT JUDGE YVONNE GONZALEZ ROGERS