UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RED HAT, INC.,**<br><br>     Plaintiff,<br><br>   vs.<br><br>**VALTRUS INNOVATIONS, LTD.,**<br><br>     Defendant. | Case No.: 4:22-CV-05289-YGR<br><br>**ORDER CONDITIONALLY CLOSING CASE**<br><br>Re: Dkt. No. 53 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to settlement in principle. Dkt. No. 53

Based thereon, this matter shall be **ADMINISTRATIVELY CLOSED** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within sixty (60) days from the date of this Order, that the case should be reopened for failure of the settlement in principle, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

This terminates docket number 53 and administratively closes the case.

**IT IS SO ORDERED**.

Dated: 3/15/2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**