| | |
|---|---|
| Gregory S. Arovas, P.C. (admitted *pro hac vice*) <br> Todd M. Friedman, P.C. (admitted *pro hac vice*) <br> Christopher DeCoro (admitted *pro hac vice*) <br> Chris T. Ilardi (admitted pro hac vice) <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Ave. <br> New York, NY 10022 <br> (212) 446-4800 <br> garovas@kirkland.com <br> tfriedman@kirkland.com <br> cdecoro@kirkland.com <br> chris.ilardi@kirkland.com <br><br> Brandon H. Brown, P.C. <br> KIRKLAND & ELLIS LLP <br> 555 California Street, 27th Floor <br> San Francisco, CA 94104 <br> (415) 439-1400 <br> bhbrown@kirkland.com <br><br> Tiffany M. Knapp (admitted *pro hac vice*) <br> KIRKLAND & ELLIS LLP <br> 200 Clarendon Street <br> Boston, MA 02116 <br> (617) 385-7500 <br> tiffany.knapp@kirkland.com <br><br> *Attorneys for Plaintiff* | Matthew G. Berkowitz (SBN 310426) <br> SHEARMAN & STERLING LLP <br> 1460 El Camino Real, 2nd Floor <br> Menlo Park, CA 94025 <br> Telephone: 650.838.3600 <br> Fax: 650.838.3699 <br> Email: matthew.berkowitz@sheaman.com <br><br> Thomas R. Makin (admitted *pro hac vice*) <br> David J. Cooperberg (admitted *pro hac vice*) <br> SHEARMAN & STERLING LLP <br> 599 Lexington Avenue <br> New York, NY 10022 <br> Telephone: 212.848.4000 <br> Email: thomas.makin@shearman.com <br>        david.cooperberg@shearman.com <br><br> L. Kieran Kieckhefer (SBN 251978) <br> SHEARMAN & STERLING LLP <br> 535 Mission Street, 25th Floor <br> San Francisco, CA 94105 <br> Telephone: 415.616.1100 <br> Fax: 415.616.1339 <br> Email: kieran.kieckhefer@shearman.com <br><br> *Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RED HAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALTRUS INNOVATIONS, LTD., <br><br> Defendant. <br><br> re | Case No. 4:22-cv-05289-YGR <br><br> **JOINT MOTION TO DISMISS** <br><br> **Hon. Judge Yvonne Gonzalez Rogers** <br><br> Complaint Filed: September 16, 2022 |

WHEREAS, Plaintiff Red Hat, Inc. ("Plaintiff") and Defendant Valtrus Innovations, Ltd. ("Defendant") have resolved Plaintiff's claims for relief against Defendant.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  April 6, 2023   Respectfully submitted,

By: /s/ Brandon H. Brown
Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
Christopher DeCoro (admitted *pro hac vice*)
Chris T. Ilardi (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4800
garovas@kirkland.com
tfriedman@kirkland.com
cdecoro@kirkland.com
chris.ilardi@kirkland.com

Brandon H. Brown, P.C.
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
bhbrown@kirkland.com

Tiffany M. Knapp (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
tiffany.knapp@kirkland.com

*Attorneys for Plaintiff Red Hat, Inc.*

By: /s/ Matt Berkowitz
Matthew G. Berkowitz
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025

1
2        Telephone: 650.838.3600
         Fax: 650.838.3699
         Email: matthew.berkowitz@sheaman.com
3
4        *Attorney for Valtrus Innovations, Ltd.*
5
6        **CIVIL LOCAL RULE 5-1 ATTESTATION**
7     Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the
8  filing of this document has been obtained from the other signatories.
9
10    Dated: April 6, 2023              */s/ Matt Berkowitz*
                                        Matt Berkowitz
11
12
...
28